# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JERMAINE HILL, : | |
|    Plaintiff, : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO.: 16-3868 |
| CITY OF PHILADELPHIA, et al., : | |
|    Defendant. : | |

## ORDER

**AND NOW**, this 1st day of August, 2017, upon consideration of Defendant City of Philadelphia's Motion to Dismiss (Dkt No. 9) and Plaintiff's Response thereto (Dkt No. 13), it is hereby **ORDERED** Defendant City of Philadelphia's Motion is **GRANTED**.

Plaintiff's claim against Defendant City of Philadelphia is hereby **DISMISSED**.

Plaintiff is granted leave to amend the Complaint within fourteen (14) days of the filing of this Order.

BY THE COURT:

/s/ C. Darnell Jones, II
C. Darnell Jones, II    J.